(SPACE BELOW FOR FILING STAMP ONLY)

**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR   Defendant, Daljit Singh

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO.: 1:04-CR-5356 AWI** |
| Plaintiff, ) | **WAIVER OF APPEARANCE AND ORDER THEREON** |
| v. ) | |
| DALJIT SINGH, ) | Date: December 17, 2007 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Dept: Courtroom 2 |
| ) | HON. ANTHONY W. ISHII |

Defendant, Daljit Singh, hereby waives his right to be present in person in open court upon the hearing presently set for December 17, 2007, at 9:00 a.m. in Courtroom 2 of the above-entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interests will be deemed presented at said hearing by the presence of his attorney, Harry M. Drandell. Defendant lives in Suisun City, California, and must travel a great distance to appear in court. Defendant further agrees to be present in person in court at the date set by the court for sentencing.

DATED: December 17, 2007        /s/ Daljit Singh

                                                                    _____
                                                                    DALJIT SINGH

///
///
///
///

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that defendant, DALJIT SINGH, is hereby excused from appearing at the court hearing scheduled for December 17, 2007, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   December 17, 2007**                    **/s/ Anthony W. Ishii**
                                                                    UNITED STATES DISTRICT JUDGE