(SPACE BELOW FOR FILING STAMP ONLY)

**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR   Defendant, Daljit Singh

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO:   1:04-CR-5356 AWI** |
| Plaintiff, ) | **ORDER** |
| ) | **EXONERATING BOND** |
| v. ) | |
| DALJIT SINGH, ) | |
| Defendant. ) | |

The case against the above-named defendant having been concluded, and if required the defendant has surrendered as ordered by the court, the following is ordered:

(X)    The property bond posted is exonerated and reconveyed:

Deed #200400183943         Receipt #100 200851

IT IS SO ORDERED.

**Dated:   September 30, 2008**         /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE