1  **HARRY M. DRANDELL #109293**
   **LAW OFFICES OF HARRY M. DRANDELL**
2  1221 VAN NESS AVENUE, SUITE 450
   FRESNO, CA 93721
3  PHONE (559) 442-8888
   FAX (559) 442-8891
4

5  ATTORNEYS FOR  Defendant, Daljit Singh

6

7               **UNITED STATES DISTRICT COURT**

8              **EASTERN DISTRICT OF CALIFORNIA**

9                        * * * * *

10  UNITED STATES OF AMERICA,          )    **CASE NO:  1:04-CR-5356 AWI**
                                       )
11      Plaintiff,                     )    **ORDER FOR RETURN**
                                       )    **OF PASSPORT**
12  v.                                 )
                                       )
13  DALJIT SINGH,                      )
                                       )
14      Defendant.                     )
                                       )    HONORABLE ANTHONY W. ISHII
15  _____    )

16          The above-named defendant having been sentenced and the legal proceedings having

17  been terminated;

18          IT IS HEREBY ORDERED that the Passports (one which is current and one which

19  had expired) posted December 27, 2004 [doc #105 and doc #106] be returned to defendant, DALJIT

20  SINGH's attorney of record, Harry M. Drandell.

21      Passport No.: A4687312

22      Receipt No.: 6397 and 6398

23                                **ORDER**

24

25  IT IS SO ORDERED.

26  **Dated:  April 8, 2009**              **/s/ Anthony W. Ishii**
                                       CHIEF UNITED STATES DISTRICT JUDGE
27

28